UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY and TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a The Aetna Casualty and Surety Company)<br><br>Plaintiffs,<br><br>v.<br><br>KS BEARINGS INC. (f/k/a KS Engine Bearings), and ABC CORPORATIONS 1-100,<br><br>Defendants. | Case No. 1:07-CV-02942 (PKC) (ECF CASE)<br><br>Civil Action<br><br>RULE 7.1 STATEMENT |

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The Travelers Indemnity Company and Travelers Casualty and Surety Company (private non-governmental parties) certify that the following are corporate parents and affiliates of said parties, which are publicly held.

    The Travelers Indemnity Company is a subsidiary of Travelers Insurance Group Holdings, Inc. which is a subsidiary of Travelers Property Casualty Corporation which is a subsidiary of The Travelers Companies, Inc., a publicly traded company.

    Travelers Casualty and Surety Company, formerly known as The Aetna Casualty and Surety Company, is a subsidiary of Travelers Insurance Group Holdings, Inc. which is a subsidiary of Travelers Property Casualty Corp. which is a subsidiary of The Travelers Companies, Inc., a publicly traded company.

364627_1

_____
Stephen V. Gimigliano (SG-8570)
Robert W. Mauriello, Jr. (RM-0850)
GRAHAM CURTIN, P.A.
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700

Attorneys for Plaintiffs
The Travelers Indemnity Company and
Travelers Casualty and Surety Company

Dated: April 11, 2007
      Morristown, New Jersey

364627_1