

**GRAHAM CURTIN**
. *A Professional Association*

# MEMO ENDORSED



RECEIVED
AUG 0 3 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

**Robert W. Mauriello, Jr.**
**Direct Dial 973-401-7119**
**rmauriello@GrahamCurtin.com**

August 7, 2007

BY FEDERAL EXPRESS

| USDS SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 8/13/07 |

The Honorable P. Kevin Castel, U.S.D.J.
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  The Travelers Indemnity Company, et al. v. KS Bearings Inc., et al.
Case No. 07-CV-2942

Dear Judge Castel:

This firm represents plaintiffs The Travelers Indemnity Company and Travelers Casualty and Surety Company ("Travelers") in the above-referenced action.  By memo endorsed May 25, 2007, Your Honor stayed this action and adjourned the initial conference from June 1, 2007 to September 6, 2007 in order to allow the parties to attempt to resolve this action, as well as the action subsequently filed by defendant KS Bearings in Indiana (the "Indiana Action"), through mediation.

By letter dated July 6, 2007, the mediator agreed to by the parties for both this action and the Indiana Action, David Geronemus, sent a letter to Your Honor and the Judge in the Indiana Action explaining that the parties have had the initial mediation conference with Mr. Geronemus, were in the process of exchanging information and submitting mediation statements, and were scheduled for the in-person mediation with Mr. Geronemus for October 30, 2007.

In view of the fact that Mr. Geronemus' schedule would not allow for the in-person mediation to occur until October 30, 2007, and that the Court in the Indiana Action has already stayed the Indiana Action until December 10, 2007 in order to allow for the completion of the mediation, we respectfully request that Your Honor extend the stay and adjournment of the initial conference in this action from September 6, 2007 to December 10, 2007.

366940_3

4 Headquarters Plaza • P.O. Box 1991 • Morristown • New Jersey 07962-1991
T 973.292.1700 • F 973.292.1767 • GrahamCurtin.com



**GRAHAM CURTIN**
*A Professional Association*

The Honorable P. Kevin Castel, U.S.D.J.
August 7, 2007
Page 2


        Thank you for Your Honor's consideration of our request.  Of course, if Your
Honor has any questions regarding the above, I am available to arrange a conference, either
telephonic or in-person, with counsel.

                                Respectfully,

                                Robert W. Mauriello, Jr.


RWM/ems

cc:     John P. Fischer, Esq. (by electronic mail)

*Mr. Mauriello has not quite addressed the option which I raised in my Order of May 29. This action was commenced on April 12 and I do not find lingering on the Court's docket to be an attractive option. I will adjourn the conference to November 16 at 11 am. SO ORDERED.*

*In all events, fact discovery will commence on December 17, 2007 and conclude on April 30, 2008. Expert discovery will conclude June 2, 2008.*

*USDJ*
*8-9-07*

366940_3