Stephen V. Gimigliano (SG-8570)
Robert W. Mauriello, Jr. (RM-0850)
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07
```

Attorneys for Plaintiffs
The Travelers Indemnity Company and
Travelers Casualty and Surety Company
(f/k/a The Aetna Casualty and Surety Company)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY and TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a The Aetna Casualty and Surety Company),<br><br>Plaintiffs,<br><br>v.<br><br>KS BEARINGS INC. (f/k/a KS Engine Bearings), and ABC CORPORATIONS 1-100,<br><br>Defendants. | Case No. 1:07-CV-02942 (PKC) (ECF CASE)<br><br>Civil Action<br><br>NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE<br><br>Document Electronically Filed |

Plaintiffs The Travelers Indemnity Company and Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) (collectively, "Travelers"), by and through their attorneys, Graham Curtin, P.A., pursuant to Fed. R. Civ. P. 41(a)(1)(i), voluntarily dismiss their Complaint against Defendant KS Bearings Inc. (f/k/a KS Engine Bearings) ("KS Bearings") without prejudice and without costs to any party.

493242_2

Dated: Morristown, New Jersey  
October 29, 2007

GRAHAM CURTIN, P.A.  
Attorneys for Plaintiffs

By: _____  
Robert W. Mauriello, Jr. (RM-0850)

SO ORDERED:

_____  
HON. P. KEVIN CASTEL, U.S.D.J.  
10-29-07

493242_2